

Chloë D. Brownstein, Esq.
**BOCHNER PLLC**
1040 Avenue of the Americas, 15TH Floor, New York, New York 10018
o 212.416.4671 E cbrownstein@bochner.law w Bochner.law

May 7, 2024

**VIA ECF**

**MEMO ENDORSED**

Hon. Jessica G. L. Clarke, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 1040
New York, New York 10007-1312

> RE:   **Regency v. Atkinson et. al.; 23-cv-05479-JGLC**
> **Joint Letter Motion Adjourning Case Management Conference**

Dear Judge Clarke:

We represent Defendants Barbara Atkinson and Worth Higgins & Associates, Inc., (collectively "Defendants") in the above-captioned action. Defendants and Plaintiff, The Regency NYC Inc. ("Plaintiff", and collectively, the "Parties"), submit this joint letter motion requesting an adjournment of the Case Management Conference currently scheduled for May 16, 2024.

On March 29, 2024, Your Honor So Ordered a Second Amended Civil Case Management Plan and Scheduling Order [Dkt. No. 69] extending the time for the parties to complete discovery and setting Case Management Conferences for May 16, 2024[1] and August 15, 2024. Since the Second Amended Civil Case Management Plan and Scheduling Order was issued, the Parties have continued to diligently review and procure documents in response to the discovery demands. Accordingly, the Parties wish to only maintain the Case Management Conference set for August 15, 2024. The Parties note as well that Defendants' Motion to Dismiss is fully briefed and pending as of December 28, 2023.

We thank the Court for its attention to this matter.

Application GRANTED. The conference in this matter, previously scheduled for May 16, 2024 at 11:00 a.m., is CANCELED. The Clerk of Court is directed to terminate ECF No. 70.

Respectfully submitted,

Chloë D. Brownstein
Jeffrey G. Douglas

Dated: May 8, 2024
    New York, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

cc:   Jerome Noll, Esq.
    *(via ECF and email)*

---

[1] On March 22, 2024, the Parties submitted a joint request for an extension of time to complete discovery and requesting that the court keep the May 16, 2024, case management conference for reasons that now have been resolved. [Dkt. No. 68].

1