UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE REGENCY NYC, INC.,

                Plaintiff,

-against-

BARBARA ATKINSON, et al.,

                Defendants.

23-CV-5479 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

    It is hereby ordered that all parties appear for a conference with the Court on **October 23, 2024** at **10:00 a.m.** The conference will be held remotely by Microsoft Teams. Counsel will receive Microsoft Teams log-in credentials at the email addresses listed on the docket. The public listen-only line may be accessed by dialing: 646-453-4442 | Access Code: 211331516#. The parties should be prepared to discuss: (1) the status of discovery, including what discovery has been completed and what remains; (2) next steps in the case in light of any amended complaint; and (3) the status of any settlement discussions, including whether the parties seek referral to the Magistrate Judge for a settlement conference or the Mediation Program.

Dated: September 27, 2024
       New York, New York

                                        SO ORDERED.

                                        *Jessica Clarke*

                                        JESSICA G. L. CLARKE
                                        United States District Judge