# Marzec Law Firm, P.C.

**Darius A. Marzec Is Licensed To Practice Law In: New York
New Jersey • Connecticut • Massachusetts • Pennsylvania
Washington, D.C. • Illinois • Florida • California • Hawaii**

**BROOKLYN OFFICE**
776A Manhattan Avenue, Suite 104
Brooklyn, NY 11222
Phone: (718) 609-0303
Facsimile: (718) 841-7508
dmarzec@marzeclaw.com

---

Via ECF

October 21, 2025

Honorable Magistrate Judge
Robert W. Lehrburger
U.S. District Court
Southern District of New York
500 Pearl Street, Room 1060
New York, New York 10007

**NEW JERSEY OFFICE**
1135 Clifton Avenue, Suite 101
Clifton, New Jersey 07013
*Direct all mail to the New York City Address*

> Denied without prejudice. Plaintiff has not indicated whether Defendant consents to the request. Plaintiff must meet and confer before renewing the request.
>
> SO ORDERED:
> 10/22/2025  /s/ 
> HON. ROBERT W. LEHRBURGER
> UNITED STATES MAGISTRATE JUDGE

Re:   **Regency v. Atkinson, et al.**
      **Case No.: 1:23-cv-5479 (JGLC) (RWL)**

Dear Judge Lehrburger:

I represent Plaintiff The Regency NYC, Inc. ("Plaintiff" or "Regency") in this action. I write to request an adjournment of the Settlement Conference presently scheduled for October 27, 2025. The reason for my request is that the parties are still exchanging discovery as the Court extended fact discovery to October 24, 2025. Both parties served post-deposition demands that have not yet been responded to. Plaintiff requires additional time for the conference as critical documents are yet to be produced by Defendants. Accordingly, Plaintiff respectfully requests that the conference be adjourned to the middle of January 2026.

Respectfully submitted,

*/s/ Darius Marzec*

Darius A. Marzec, Esq.

CC:     Jeffrey Douglas, Esq., via email (jdouglas@bochner.law)
        Greg Reilly, Esq., via email (GReilly@fordharrison.com)

Enclosures:   None