UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE REGENCY NYC, INC.,

                Plaintiff,

        -against-

BARBARA ATKINSON, et al.,

               Defendants.

23-CV-5479 (JGLC)

**<u>ORDER</u>**

JESSICA G. L. CLARKE, United States District Judge:

On February 26, 2026, the Court granted the parties' consent request to extend expert discovery to March 13, 2026. ECF No. 129. Accordingly, the Court hereby adjourns the post-discovery joint status letter set out at ECF No. 104 to March 19, 2026, and adjourns the case management conference on March 12, 2026, to March 26, 2026, at 12:00 PM. The conference will be held in Courtroom 320 of the Charles L. Brieant Jr. Federal Building and United States Courthouse, 300 Quarropas Street, White Plains, New York 10601-4150.

Dated:  March 2, 2026
        White Plains, New York

                           SO ORDERED.

                           *Jessica Clarke*

                           JESSICA G. L. CLARKE
                           United States District Judge